B2500A (Form 2500A) (12/15)

## AMENDED CERTIFICATE OF SERVICE

I, _____Teresa Guillory_____ (name), certify that service of this summons and a copy of the complaint was made _____February 19, 2020_____ (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:  
    PeopleFund  
    c/o Registered Agent, Gustavo Lasala  
    2921 E. 17th Street, Bldg. D, Suite 1  
    Austin, Texas 78702

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☒ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:  
    PeopleFund  
    c/o Registered Agent, Gustavo Lasala  
    2921 E. 17th Street, Bldg. D, Suite 1  
    Austin, Texas 78702

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 2/20/2020  Signature _Teresa Guillory_

Print Name:  Teresa Guillory

Business Address:  Singer & Levick, P.C.

16200 Addison Road, Suite 140  
Addison, Texas 75001

B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

## Eastern District Of Texas

| | |
|---|---|
| In re Remarkable Healthcare of Carrollton, LP, et al., ) | Case No. 18-40295 |
| Debtor ) | |
| Larry A. Levick, Litigation Trustee of the Unsecured ) | Chapter 11 |
| Creditors' Litigation Trust (a/k/a the Remarkable ) | |
| Litigation Trust), ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Adv. Proc. No. 20-04025 |
| ) | |
| PeopleFund, ) | |
| Defendant ) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

  Address of the clerk:
  660 N. Central Expressway
  Suite 300B
  Plano, Texas 75074

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

  Name and Address of Plaintiff's Attorney:
  Michelle E. Shriro, Singer & Levick, P.C.,
  16200 Addison Road, Suite 140
  Addison, Texas 75001

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



/S/ Jason K. McDonald

Date: 02/12/2020