# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| REMARKABLE HEALTHCARE OF | § | Chapter 11 |
| CARROLLTON, LP et al.[1], | § | Case No. 18-40295 |
| | § | (Jointly Administered) |
| Debtors. | § | |
| | § | |
| LARRY A. LEVICK, LITIGATION | § | |
| TRUSTEE OF THE UNSECURED | § | |
| CREDITORS' LITIGATION TRUST | § | |
| (A/K/A THE REMARKABLE LITIGATION | § | |
| TRUST), | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | ADVERSARY No. 20-04025 |
| | § | |
| PEOPLEFUND, | § | |
| | § | |
| Defendant. | § | |

## SECOND STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE A RESPONSE TO MOTION OF DEFENDANT PEOPLEFUND TO DISMISS UNDER RULE 12(B)(6)

**COME NOW**, Larry A. Levick, as Litigation Trustee of the Unsecured Creditors' Litigation Trust (a/k/a The Remarkable Litigation Trust) ("**Plaintiff**"), and Defendant PeopleFund ("**Defendant**"), by and through their respective undersigned counsel, and hereby stipulate and agree that the deadline for Plaintiff to file a response to the *Motion of Defendant PeopleFund to*

---

[1] The Debtors in these jointly-administered chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Remarkable Healthcare of Carrollton, LP (5960), Remarkable Healthcare of Dallas, LP (3418), Remarkable Healthcare of Fort Worth, LP (1650), Remarkable Healthcare of Seguin, LP (4566), and Remarkable Healthcare, LLC (5142).

*Dismiss under Rule 12(b)(6)* is extended through and including May 29, 2020.  This extension is without prejudice to any further extensions of time that may be granted or requested.

**DATED:  April 23, 2020**

          Respectfully submitted,

          SINGER & LEVICK, P.C.

          By:    /s/  Michelle E. Shriro
                Michelle E. Shriro
                State Bar No. 18310900
                William R. Dorward
                State Bar No. 24007123
                Todd Hoodenpyle
                State Bar No. 00798265

          16200 Addison Road, Suite 140
          Addison, Texas  75001
          Phone: 972.380.5533
          Fax: 972.380.5748
          Email: mshriro@singerlevick.com
          Email: dorward@singerlevick.com
          Email: hoodenpyle@singerlevick.com

          ATTORNEYS FOR
          LARRY A. LEVICK, LITIGATION TRUSTEE

          **- AND –**

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By:    /s/ Jeff Carruth (w/permission)
       Jeff Carruth
       State Bar No. 2400846

       3030 Matlock Rd. Suite 201
       Arlington, Texas 76015
       Phone: (713) 341-1158
       Fax: (866) 666-5322
       Email: jcarruth@wkpz.com

ATTORNEYS FOR DEFENDANT:
PEOPLEFUND