**EOD**

06/15/2020

## IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 18-40295 |
| REMARKABLE   HEALTHCARE   OF | § | Chapter 11 |
| CARROLLTON, LP et al., | § | |
| | § | (Jointly Administered) |
| Debtor. | § | |
| | § | |
| LARRY   A.   LEVICK,   LITIGATION | § | |
| TRUSTEE   OF   THE   UNSECURED | § | |
| CREDITORS'   LITIGATION   TRUST | § | |
| (A/K/A   THE   REMARKABLE | § | |
| LITIGATION TRUST), | § | |
|     Plaintiff | § | |
| Vs | § | **ADVERSARY No. 20-04025** |
| PEOPLEFUND, | § | |
|     Defendant | § | |

## AGREED ORDER GRANTING MOTION OF DEFENDANT PEOPLE FUND TO DISMISS UNDER RULE 12(B)(6) (RE: DOCKET NO: 7)

On this day came on for consideration the *Motion of Defendant People Fund to Dismiss Under Rule 12(b)(6)* (Docket No. 7) filed herein by the Defendant, PeopleFund, a Texas not for profit corporation and Defendant.  Upon the agreement of the parties as evidenced by the signatures of their respective counsel appearing below, the Court is of the opinion that the following agreed order should be entered.

IT IS THEREFORE ORDERED THAT all claims of the Plaintiff, Larry A. Levick, Litigation Trustee of the Unsecured Creditors' Litigation Trust (a/k/a the Remarkable Litigation Trust), asserted against PeopleFund in the complaint (Docket No. 1), and this adversary proceeding overall, are hereby dismissed with prejudice.

DATED: _____

Signed on 6/15/2020

*Brenda T. Rhoades*                SR

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE
*{continued on following sheet}*

agreed order re motion to dismiss (Remarkable vs PeopleFund) (18143

SINGER & LEVICK, P.C.

By:  */s/ William R. Dorward\**
    Michelle E. Shriro
    State Bar No. 18310900
    William R. Dorward
    State Bar No. 24007123
    Todd Hoodenpyle
    State Bar No. 00798265
    16200 Addison Road, Suite 140
    Addison, Texas 75001
    Phone: 972.380.5533
    Fax: 972.380.5748
    Email: mshriro@singerlevick.com
    Email: dorward@singerlevick.com
    Email: hoodenpyle@singerlevick.com

ATTORNEYS FOR
LARRY A. LEVICK, LITIGATION TRUSTEE

*\* Signature by permission by /s/ Jeff Carruth.*


WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By:  */s/ Jeff Carruth*

    JEFF CARRUTH
    State Bar No. 24001846

    Eleven Greenway Plaza, Suite 1400
    Houston, TX 77046
    Phone: (713) 341-1158
    Facsimile: (866) 666-5322
    jcarruth@wkpz.com


**ATTORNEYS FOR PEOPLEFUND**